UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81331-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**H & M HENNES & MAURITZ, LP,**
**a foreign limited partnership,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant H & M HENNES & MAURITZ, LP, by and through its undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Stipulation for Dismissal With Prejudice.

    DATED: October 28, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP**
Counsel for Defendant
100 SE Second Street, Suite 2100
Miami, FL  33131-2126
(305) 341-2265
Erin.mcgrath@wilsonelser.com

By  */s/ Erin McGrath*
        ERIN McGRATH
        Fla. Bar No. 101139